HERB FORD, Inc., a Corporation, Herb Ford, L. G. Seacat, and Herman Roennfeldt, Trustees, Appellants, v. FORD MOTOR COMPANY and M. D. Brown, Appellees.

No. 10336.

Circuit Court of Appeals, Eighth Circuit.

Dec. 17, 1935.

E. H. McVey, of Kansas City, Mo. (C. A. Randolph, Spurgeon L. Smithson, and Stanley Garrity, all of Kansas City, Mo., on the brief), for appellants.

John G. Madden, of Kansas City, Mo. (James E. Burke and Madden, Freeman & Madden, all of Kansas City, Mo., on the brief), for appellees.

Before GARDNER, WOODROUGH, and FARIS, Circuit Judges.

FARIS, Circuit Judge.

This is a joint appeal by Herb Ford, Inc., a bankrupt, and the directors of the corporation, who sue as trustees under a Missouri statute (Rev.St.1929, § 699, Mo. St.Ann. § 699, p. 906), so permitting in a proper case. The case, except for the above lack of identity as to parties plaintiff, and the joinder as a defendant of one Brown, the agent of defendant Ford Motor Company, who made the alleged agreement relied on, involves precisely the facts, pleadings, and vicissitudes of procedure set out and discussed, in the case of Albert Tamm, Trustee of Estate of Herb Ford, Inc., a Bankrupt, Appellant v. Ford Motor Company, Appellee (C.C.A.) 80 F.(2d) 723, this day decided. Doubtful it is plain, touching in whom title to the chose in action vested on bankruptcy,

counsel ex abundanti cautelae, deemed it wise to begin and maintain two suits on precisely identical facts.

Because on bankruptcy the title to the chose in action did not pass to the appellants herein, but to the trustee in bankruptcy, and for the other reasons set out in the companion case above styled, this case should be affirmed with costs, which accordingly is ordered.